UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

The New York City District Council of
Carpenters Pension Fund, et al.,

                Plaintiff(s),                07 Civ. 03303 (CM) (DCF)

-against-                                    ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

City Wide Renovations, Inc.,

                Defendant(s).

_____X

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ | Discovery Supervision | \_\_\_\_\_ | Social Security |
| \_\_\_\_\_ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | \_\_\_\_\_ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose:_____ |
| \_\_\_\_\_ | Settlement* | \_\_\_\_\_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_\_ | Inquest After Default/Damages Hearing | | |
| \_\_\_\_\_ | Habeas Corpus | | Particular Motion:_____ _____ |
| | | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: 5/7/07
       New York, New York                              SO ORDERED *[signature]*

                                                       Hon. Colleen McMahon
USDC SDNY                                         United States District Judge
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/07